# 806 CASES REPORTED WITH BRIEF SYLLABI.

ETHEL S. MEHLMAN, Appellant, v. HENRY MOLLENHAUER, JR., Respondent.— Order reversed upon the law, with ten dollars costs and disbursements, and motion to dismiss complaint denied, with ten dollars costs, with leave to defendant to answer within twenty days upon payment of costs. We think the complaint states a good cause of action in equity. The defendant as assignee of the second mortgage took it subject to the equities existing between the original parties, and plaintiff is entitled to the same relief against this defendant as against the Majestic Homesite Company [ante, p. 805]. Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.

MARTIN MEYER, Plaintiff, v. J. P. DUFFY COMPANY, Appellant, and Others, Defendants. WILLISTON BENEDICT, Referee, Respondent.— Order modified by reducing the amount allowed for additional compensation to the sum of $150, and as so modified affirmed, without costs. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

ANNA B. MORITZ, Respondent, v. WILLIAM W. PEASE, as Administrator, etc., of THORNTON F. GREGG, Deceased, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

GIUSEPPINA PARASCANDOLA, as Administratrix, etc., of JOSEPH AUDITORE, Deceased, Plaintiff, v. FRANK AUDITORE, Individually and as Administrator, etc., of JOSEPH AUDITORE, ·Deceased, and Others, Respondents. CHARLES L. APFEL, an Attorney, Individually and as Successor, etc., of CASS & APPELL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN KORREY, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

HELEN M. QUINN, as Administratrix, etc., of JOHN FRANCIS QUINN, Deceased, Respondent,· v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Order affirmed on argument, with ten dollars costs and disbursements. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

JAMES REGAN, Respondent, v. HANSEN SHIPPING COMPANY, LTD., Appellant.— Order affirmed, with ten dollars costs and disbursements. Laches on the part of defendant in moving for security for costs is sufficient ground for denial of the motion. (United States v. Bangs, 134 App. Div. 215.) Kelly, P. J., Rich, Kelby, Young and Kapper, JJ., concur.